B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pioneer Village Investments, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-1483221** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**805 N. 5th Street**<br>**Jacksonville, OR**<br>ZIP Code **97530** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Farmington Centers, Inc.**<br>**4640 SW Macadam Ave Ste 90**<br>**Portland, OR**<br>ZIP Code **97239** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** Douglas P. Cushing 70032 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(4/10)**                                                   **Page 2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pioneer Village Investments, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X**_____
Signature of Attorney for Debtor(s)        (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Pioneer Village Investments, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

### Signature of Attorney*

X **/s/ Douglas P. Cushing** _____
  Signature of Attorney for Debtor(s)

  **Douglas P. Cushing 70032**
  Printed Name of Attorney for Debtor(s)

  **Jordan Schrader Ramis, PC**
  Firm Name

  **Two Centerpointe Dr
  6th Flr
  Lake Oswego, OR 97035-8619**

  Address

      **Email: doug.cushing@jordanschrader.com**
  **503-598-7070  Fax: 503-598-7373**
  Telephone Number

  **May 13, 2010**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeffrey L. Chamberlain** _____
  Signature of Authorized Individual

  **Jeffrey L. Chamberlain**
  Printed Name of Authorized Individual

  **Manager**
  Title of Authorized Individual

  **May 13, 2010**
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____

**Pioneer Village Investments, LLC** )
)                    **EXHIBIT "C-1"**
)
) [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> debtors
Debtor(s) ) and attached to <u>ALL</u> copies of the Petition.]

**(NOTE:  You must answer ALL questions.  Attach additional sheets if necessary.  Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1.   DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
          **NONE**

2.   Street address and description of principal assets (note property):
          **805 N. 5th Street**
          **Jacksonville OR 97530-0000**

3.   **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE:    **May 13, 2010**          **/s/ Jeffrey L. Chamberlain**
                                    Debtor's Signature                    Phone #              Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name <u>and</u>  Firm (Type or Print): _____
Address (Type or Print): _____
Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:

_____

Signature: _____Last 4 digits of Social Security #:_____ Phone #:_____
**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

## United States Bankruptcy Court
### District of Oregon

In re   **Pioneer Village Investments, LLC**      Case No.

Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Usual & customary hourly rates** |
| Prior to the filing of this statement I have received | $ | **41,153.42** |
| Balance Due ($22,463.00 held in trust as deposit) | $ | **none** |

2.    The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    May 13, 2010          /s/ *Douglas P. Cushing, OSB No. 700320*

                                          **Douglas P. Cushing**
                                          **Jordan Schrader Ramis, PC**
                                          **Two Centerpointe Dr**
                                          **6th Flr**
                                          **Lake Oswego, OR 97035-8619**
                                          **503-598-7070  Fax: 503-598-7373**
                                          **doug.cushing@jordanschrader.com**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **Pioneer Village Investments, LLC**
                                                                    Case No. _____
                                              Debtor(s)           Chapter         **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ann Geich<br>888 Twin Creeks Crossing #301<br>Central Point, OR 97502 | Ann Geich<br>888 Twin Creeks Crossing #301<br>Central Point, OR 97502 | Entry fee deposit refund (accrued but not yet payable) | | 3,750.00 |
| Catherine Murphy<br>895 N Fifth St<br>Apt 217<br>Jacksonville, OR 97530-8026 | Catherine Murphy<br>895 N Fifth St<br>Apt 217<br>Jacksonville, OR 97530-8026 | Right to entry fee deposit refund | Contingent | 93,654.00 |
| Charles Grojean<br>805 N 5th St<br>Apt 306<br>Jacksonville, OR 97530 | Charles Grojean<br>805 N 5th St<br>Apt 306<br>Jacksonville, OR 97530 | Right to entry fee deposit refund | Contingent | 77,814.00 |
| Dorthy Quirk<br>895 N 5th<br>Apt 204<br>Jacksonville, OR 97530 | Dorthy Quirk<br>895 N 5th<br>Apt 204<br>Jacksonville, OR 97530 | Entry fee deposit refund (accrued but not yet payable) | | 61,182.00 |
| Excelsior Investment Company<br>107 W First St<br>Phoenix, OR 97535 | Excelsior Investment Company<br>107 W First St<br>Phoenix, OR 97535 | Loan | | 611,566.90 |
| Farmington Center, Inc.<br>4640 SW Macadam Ave<br>Ste 90<br>Portland, OR 97239 | Farmington Center, Inc.<br>4640 SW Macadam Ave<br>Ste 90<br>Portland, OR 97239 | Trade debt (unpaid managment fees and reimbursable expenses) | | 111,445.75 |
| Hank & Nina Winsor<br>1601 Veranda Park Drive #2<br>Medford, OR 97504 | Hank & Nina Winsor<br>1601 Veranda Park Drive #2<br>Medford, OR 97504 | Entry fee deposit refund (accrued but not yet payable) | Contingent | 140,456.00 |
| Hiram Cheney<br>805 N 5th St<br>Apt 104<br>Jacksonville, OR 97530 | Hiram Cheney<br>805 N 5th St<br>Apt 104<br>Jacksonville, OR 97530 | Right to entry fee deposit refund | Contingent | 77,814.00 |
| Irene Kartsounis<br>PO Box 504<br>Medford, OR 97501 | Irene Kartsounis<br>PO Box 504<br>Medford, OR 97501 | Entry fee deposit refund (accrued but not yet payable) | | 61,182.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Pioneer Village Investments, LLC**                                      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Janice LaMorree**<br>**805 N 5th St**<br>**Apt 110**<br>**Jacksonville, OR 97530** | **Janice LaMorree**<br>**805 N 5th St**<br>**Apt 110**<br>**Jacksonville, OR 97530** | **Right to entry fee deposit refunds (2)** | **Contingent** | **154,836.00** |
| **Jerry Pearce**<br>**895 N Fifth St**<br>**Apt 219**<br>**Jacksonville, OR 97530-8012** | **Jerry Pearce**<br>**895 N Fifth St**<br>**Apt 219**<br>**Jacksonville, OR 97530-8012** | **Right to entry fee deposit refund** | **Contingent** | **61,182.00** |
| **LeClaire Prince**<br>**895 N 5th**<br>**Apt 111**<br>**Jacksonville, OR 97530** | **LeClaire Prince**<br>**895 N 5th**<br>**Apt 111**<br>**Jacksonville, OR 97530** | **Entry fee deposit refund (accrued but not yet payable)** | | **40,127.00** |
| **Monta Merryweather**<br>**c/o David Schwep**<br>**631 China Gulf Rd**<br>**Jacksonville, OR 97530** | **Monta Merryweather**<br>**c/o David Schwep**<br>**631 China Gulf Rd**<br>**Jacksonville, OR 97530** | **Entry fee deposit refund (accrued but not yet payable)** | | **140,456.00** |
| **Peggy Eccles**<br>**c/o Miranda Willis**<br>**PO Box 3168**<br>**Portland, OR 97208** | **Peggy Eccles**<br>**c/o Miranda Willis**<br>**PO Box 3168**<br>**Portland, OR 97208** | **Entry fee deposit refund (accrued but not yet payable)** | | **140,456.00** |
| **Peter Van Dyke**<br>**888 Twin Peaks Crossing**<br>**#301**<br>**Central Point, OR 97502** | **Peter Van Dyke**<br>**888 Twin Peaks Crossing**<br>**#301**<br>**Central Point, OR 97502** | **Entry fee deposit refund (accrued but not yet payable)** | | **3,750.00** |
| **Richard McLeod**<br>**c/o Rod McLeod**<br>**2337 HIllside Dr**<br>**Central Point, OR 97502** | **Richard McLeod**<br>**c/o Rod McLeod**<br>**2337 HIllside Dr**<br>**Central Point, OR 97502** | **Entry fee deposit refund (accrued but not yet payable)** | | **15,043.00** |
| **Rod & Shirley Law**<br>**c/o Shelby Tompkins**<br>**PO Box 489**<br>**Jacksonville, OR 97530** | **Rod & Shirley Law**<br>**c/o Shelby Tompkins**<br>**PO Box 489**<br>**Jacksonville, OR 97530** | **Entry fee deposit refund** | | **3,750.00** |
| **Rose Davis**<br>**805 N 5th St**<br>**Apt 202**<br>**Jacksonville, OR 97530** | **Rose Davis**<br>**805 N 5th St**<br>**Apt 202**<br>**Jacksonville, OR 97530** | **Right to entry fee deposit refund** | **Contingent** | **7,500.00** |
| **Shusster Purchasing Solutions, LLC**<br>**P.O. Box 131784**<br>**Saint Paul, MN 55113** | **Shusster Purchasing Solutions, LLC**<br>**P.O. Box 131784**<br>**Saint Paul, MN 55113** | **Trade debt** | | **360.00** |
| **Susan Casto**<br>**888 Twin Creeks Crossing**<br>**Central Point, OR 97502** | **Susan Casto**<br>**888 Twin Creeks Crossing**<br>**Central Point, OR 97502** | **Entry fee deposit refund (accrued but not yet payable)** | | **140,456.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Pioneer Village Investments, LLC**                                    Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 13, 2010**                    Signature   **/s/ Jeffrey L. Chamberlain**
                                                        **Jeffrey L. Chamberlain**
                                                        **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### District of Oregon

In re     **Pioneer Village Investments, LLC**

Case No. _____

                                                    ,
                              Debtor

Chapter _____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David L. Street** | **Preferred** | **2.425** | **Membership** |
| **Edward A. Helman, M.D., PSPP**<br>**1017 Royal Avenue**<br>**Medford, OR 97504** | **Preferred** | **1.212** | **Membership** |
| **Equity Trust Co.**<br>**Custodian FBO John Petersen IRA**<br>**P.O. BOX 1439**<br>**Elyria, OH 44036** | **Preferred** | **0.606** | **Membership** |
| **Excelsior Development Co., LLC**<br>**PO Box 1988**<br>**Phoenix, OR 97535** | **Preferred** | **10.972** | **Membership** |
| **Excelsior Development Co., LLC**<br>**PO Box 1988**<br>**Phoenix, OR 97535** | **Non-preferred** | **20.939** | **Membership** |
| **Guflain Properties, LLC**<br>**5240 SW Birch Ave**<br>**Beaverton, OR 97005** | **Preferred** | **0.606** | **Membership** |
| **Guy & Marilyn Guffee** | **Preferred** | **0.606** | **Membership** |
| **J. Richard Bamford** | **Preferred** | **1.819** | **Membership** |
| **Mitchellen, LLC**<br>**823 Alder Creek Dr**<br>**Medford, OR 97504** | **Preferred** | **10.463** | **Membership** |
| **Mitchellen, LLC**<br>**823 Alder Creek Dr**<br>**Medford, OR 97504** | **Non-preferred** | **10.463** | **Membership** |
| **Oregon Surgical Specialties, PC, PSP**<br>**520 Medical Center Dr**<br>**Ste 300**<br>**Medford, OR 97504** | **Preferred** | **3.031** | **Membership** |
| **Paul M. & Maria C. Brown, JTWROS** | **Preferred** | **1.212** | **Membership** |
| **Roger & Rozanne Hall** | **Preferred** | **3.637** | **Membership** |

__**1**__    continuation sheets attached to List of Equity Security Holders

In re      **Pioneer Village Investments, LLC**                                                ,          Case No. _____
                                                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **T. Vonne & Henrietta Leach**<br>**4153 NE Colllins**<br>**Madras, OR 97741** | **Preferred** | **1.819** | **Membership** |
| **Zalta III, LLC**<br>**4640 SW Macadam Ave**<br>**Ste 90**<br>**Portland, OR 97239** | **Preferred** | **2.364** | **Membership** |
| **Zalta III, LLC**<br>**4640 SW Macadam Av**<br>**Ste 90**<br>**Portland, OR 97239** | **Non-preferred** | **26.164** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 13, 2010**_____          Signature **/s/ Jeffrey L. Chamberlain**_____
                                                                                            **Jeffrey L. Chamberlain**
                                                                                            **Manager**


*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __**1**__ of __**1**__ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## District of Oregon

In re   **Pioneer Village Investments, LLC**

                           Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 13, 2010**

**/s/ Jeffrey L. Chamberlain**

**Jeffrey L. Chamberlain**/**Manager**
Signer/Title

# United States Bankruptcy Court
### District of Oregon

In re   **Pioneer Village Investments, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pioneer Village Investments, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Excelsior Development Co., LLC**
**PO Box 1988**
**Phoenix, OR 97535**

**Mitchellen, LLC**
**823 Alder Creek Dr**
**Medford, OR 97504**

**Zalta III, LLC**
**4640 SW Macadam Av**
**Ste 90**
**Portland, OR 97239**

☐ None [*Check if applicable*]

**May 13, 2010**

Date

**/s/ Douglas P. Cushing**

**Douglas P. Cushing**

Signature of Attorney or Litigant
Counsel for   **Pioneer Village Investments, LLC**
**Jordan Schrader Ramis, PC**
**Two Centerpointe Dr**
**6th Flr**
**Lake Oswego, OR 97035-8619**
**503-598-7070 Fax:503-598-7373**
**doug.cushing@jordanschrader.com**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy