UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    )  Case No._____
                                         )
                                         )  NOTICE OF INTENT TO Sell Real or
                                         )  Personal Property, Compensate Real Estate
                                         )  Broker, and/or Pay any Secured Creditor's Fees
                                         )  and Costs; Motion for Authority to Sell Property
                                         )  Free and Clear of Liens, and Notice of Hearing
                                         )  [**Note**: Do not use to sell personally identifiable
Debtor(s)                                )  information about individuals!]

NOTICE IS GIVEN THAT _____, the
_____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f).  The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must both: (1) attend the hearing set in ¶16 below and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the date in any "Clerk" stamp above, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401) both:  (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1.  (COMPLETE ALL SECTIONS.)

1.  The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2.  Buyer's Name & Relation to Debtor:

3.  General description of the property (NOTE:  If real property, state street address here.  Also attach legal description as an Exhibit to the original filed with the court):

4.  A copy of the full property description or inventory may be examined or obtained at:

5.  The property may be previewed at (include time and place):

6.  Other parties to the transaction and their relationship to the debtor are:

7.  Gross sales price: $_____.  All liens on the property total:  $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).  Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs.  Total sales costs will be:  $_____.  All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately:  $_____.

8.  The sale     is     is not (**MARK ONE**) of substantially all of the debtor's assets.  Terms and conditions of sale:

9.  Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

10.  Summary of all available information regarding valuation, including any independent appraisals:

11.  If ¶7 indicates little or no equity for the estate, the reason for the sale is:

and expenses and taxes resulting from the sale will be paid as follows:

12.  (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13.  The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
| --- | --- | --- | --- |
| | | | |

14.   Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15.   [If real property]  The court appointed real estate broker, _____, will be paid _____.

16.  **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD** ON _____ AT _____ IN _____ _____ and testimony will be received if offered and admissible.

17.   [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18.  FOR FURTHER INFORMATION CONTACT: _____ _____.

DATE: _____          _____

Signature & Relation to Movant

_____

(If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

**EXHIBIT "A"**
**ADDRESSES & LEGAL DESCRIPTIONS**
**PROPERTY TO BE SOLD**

1)  PIONEER VILLAGE LOT 3
    ADDRESS:  810 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986523
    CODE:  0101
    MAP:  372W29DB03000
    ACRES:  0.07

2)  PIONEER VILLAGE LOT 4
    ADDRESS:  820 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986524
    CODE:  0101
    MAP:  372W29DB03100
    ACRES:  0.06

3)  PIONEER VILLAGE LOT 5
    ADDRESS:  815 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986527
    CODE:  0101
    MAP:  372W29DB03400
    ACRES:  0.08

4)  PIONEER VILLAGE LOT 6
    ADDRESS:  825 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986526
    CODE:  0101
    MAP:  372W29DB03300
    ACRES:  0.06

5)  PIONEER VILLAGE LOT 7
    ADDRESS:  835 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986525
    CODE:  0101
    MAP:  372W29DB03200
    ACRES:  0.06

6)  PIONEER VILLAGE LOT 8
    ADDRESS:  840 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986528
    CODE:  0101
    MAP:  372W29DB03500
    ACRES:  0.07

*50743-38505 202772.doc\BJC/10/7/2010*

7)  PIONEER VILLAGE LOT 9
    ADDRESS:  850 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986529
    CODE:  0101
    MAP:  372W29DB03600
    ACRES:  0.07

8)  PIONEER VILLAGE LOT 10
    ADDRESS:  845 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986531
    CODE:  0101
    MAP:  372W29DB03800
    ACRES:  0.06

9)  PIONEER VILLAGE LOT 11
    ADDRESS:  855 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986530
    CODE:  0101
    MAP:  372W29DB03700
    ACRES:  0.06

10) PIONEER VILLAGE LOT 12
    ADDRESS:  865 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986532
    CODE:  0101
    MAP:  372W29DB03900
    ACRES:  0.08

11) PIONEER VILLAGE LOT 13
    ADDRESS:  875 SOPHIA LN JACKSONVILLE 97530
    ACCOUNT NO:  10986533
    CODE:  0101
    MAP:  372W29DB04000
    ACRES:  0.07

*50743-38505 202772.doc\BJC/10/7/2010*

Label Matrix for local noticing
0979-6
Case 10-62852-fra11
District of Oregon
Eugene
Thu Oct  7 10:02:07 PDT 2010

Pioneer Village Investments, LLC
c/o Farmington Centers, Inc.
4640 SW Macadam Ave Ste 90
Portland, OR 97239-4285

405 E 8th Ave #2600
Eugene, OR 97401-2725

ADMINISTRATORS NW
9205 SW Nimbus Avenue
Beaverton, OR 97008-7132

Ann Geich
888 Twin Creeks Crossing
#301
Central Point, OR 97502-5507

Ball Janik LLP
101 SW Main St
Ste 1100
Portland, OR 97204-3219

Catherine Murphy
895 N Fifth St
Apt 217
Jacksonville, OR 97530-8026

DJ Testing
3000 Market Street NE
Ste 214
Salem, OR 97301-1897

Dorthy Quirk
895 N 5th
Apt 204
Jacksonville, OR 97530-8004

Dr Paul Brown & Maria Brown
c/o Jennifer I Palmquist
1211 SW 5th Ave #2330
Portland OR 97204-3729

Excelsior Investment Company
107 W First St
Phoenix, OR 97535-7738

Farmington Center, Inc.
4640 SW Macadam Ave
Ste 90
Portland, OR 97239-4285

Grainger
Dept. 875902389
P.O. Box 41927
Kansas City, MO 64141-6267

H.C. Winsor & Nina Winsor Trustees
c/o P Scott McCleery
Gartland Nelson et al
POB 11230
Eugene OR 97440-3430

HD Supply Facilities Maintenance, Ltd.
P.O. Box 509058
San Diego, CA 92150-9058

Hein Revocable Living Trust 8/31/1998
Raymond R. Hein
1102 Sunset Ave
Medford OR 97501-2248

Hiram Cheney
805 N 5th St
Apt 104
Jacksonville, OR 97530-8007

Industrial Source
3100 N. Pacific Hwy
Medford, OR 97501-1325

Insight
P.O. Box 731069
Dallas, TX 75373-1069

Irene Kartsounis
PO Box 504
Medford, OR 97501-0034

Jackson County Finance Dept.
Payment Center
PO Box 1569
Medford, OR 97501-0242

Janice LaMoree
895 N 5th St #B110
Jacksonville, OR 97530-8000

Janice Lamoree
c/o Craig McMillin, Esq.
715 Commercial Street NE
Salem OR 97301-1015

Jeffrey & Donna Chamberlain
PO Box 1988
Phoenix, OR 97535-1988

Jerry Pearce
895 N Fifth St
Apt 219
Jacksonville, OR 97530-8012

LeClaire Prince
895 N 5th
Apt 111
Jacksonville, OR 97530-8001

Maintenance USA
P.O. Box 404295
Atlanta, GA 30384-4295

Monta Merryweather
c/o David Schwep
631 China Gulf Rd
Jacksonville, OR 97530

Peggy Eccles
c/o Miranda Willis
PO Box 3168
Portland, OR 97208-3168

Peter Van Dyke
888 Twin Peaks Crossing
#301
Central Point, OR 97502-5507

PremierWest Bank
c/o Ball Janik LLP
Attn Brad T Summers
101 SW Main St #1100
Portland OR 97204-3219

Qwest Corporation
Attn: Jane Frey
1801 California St #900
Denver, CO 80202-2609

Richard McLeod
c/o Todd Maddox
Brophy Mills et al
POB 128
Medford OR 97501-0009

Richard Mcleod
Rod Mcleod
c/o Joseph E. Kellerman
717 Murphy Road
Medford, OR 97504-8425

Rod & Shirley Law
c/o Shelby Tompkins
PO Box 489
Jacksonville, OR 97530-0489

Rose Davis
805 N 5th St
Apt 202
Jacksonville, OR 97530-8006

Seniors for Living
30 East 39th Street
4th Floor
New York, NY 10016-2555

Shusster Purchasing Solutions, LLC
P.O. Box 131784
Saint Paul, MN 55113-0020

Staples Business Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-0001

Susan Casto
888 Twin Creeks Crossing
Central Point, OR 97502-5501

Theadore J. Chamberlain
10320 Mattie Ct.
Berrien Springs, MI 49103-9170

US Trustee, Eugene
405 E 8th Ave #1100
Eugene, OR 97401-2728

William C Grosjean
895 N 5th St #306
Jacksonville OR 97530-8003

William C Grosjean
c/o Robert Case
555 City View Blvd
Springfield OR 97477-3854

DOUGLAS P CUSHING
Two Centerpointe Dr - 6th Fl
Lake Oswego, OR 97035-8618

Henry C. Winsor
1601 Veranda Park Dr #2
Medford, OR 97504-5914

Irene Kartsounis
c/o Matthew Sutton Attorney
205 Crater Lake Avenue
Medford, OR 97504-7020

Mary Jaeger
Director
3855 Wolverine NE #6
Salem, OR 97305-1251

Peggy P. Eccles Revocable Living Trust
c/o Melvin D. Ferguson
541 Walnut Ave
Klamath Falls, OR 97601

Raymond R Hein
1102 Sunset Avenue
Medford, OR 97501-2248

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PremierWest Bank

(u)Irene Kartsounis

(d)Janice LaMoree
895 N 5th Street #B110
Jacksonville, OR 97530-8000

(u)Maria C Brown

(u)Paul M. Brown

(d)Susan Casto
888 Twin Creeks Crossing
Central Point, OR 97502-5501

End of Label Matrix
Mailable recipients    49
Bypassed recipients     6
Total                  55