**David W. Criswell**, OSB No. 925930
dcriswell@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204-3219
Phone: 503-228-2525
Fax: 503-295-1058
    Attorneys for PremierWest Bank

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Pioneer Village Investments, LLC**, an Oregon limited liability company,<br><br>    Debtor. | Case No. 10-62852-fra11<br><br>**MOTION OF PREMIERWEST BANK FOR ORDER FIXING PARALLEL TIMELINES FOR COMPETING PLANS OF REORGANIZATION** |

    PremierWest Bank ("PremierWest") respectfully moves the Court for an order which fixes parallel scheduling timelines for the First Amended Plan of Reorganization filed by the Debtor (Doc. #83) and the Creditor's Plan of Reorganization filed by PremierWest (Doc #102).

    The Debtor has filed a First Amended Plan of Reorganization dated as of October 12, 2010 (the "Debtor's Plan"). The Court has set a hearing on December 9, 2010, to consider the adequacy of the Debtor's First Amended Disclosure Statement which will accompany the Debtor's Plan.

    On November 24, 2010, PremierWest filed a Creditor's Plan of Reorganization (the "PremierWest Plan")[1] and accompanying Disclosure Statement. The Court will be in due course

---

[1] Because the Debtor did not file a plan of reorganization within 120 days of the petition date or file within such time a motion for extension of the exclusive period, the Debtor lost the exclusive right to file a plan of reorganization. 11 U.S.C. § 1121(c)(2).

Page 1 - **MOTION OF PREMIERWEST BANK FOR ORDER FIXING PARALLEL TIMELINES FOR COMPETING PLANS OF REORGANIZATION**

setting a hearing on the PremierWest Disclosure Statement.

The Court should set parallel timelines for the plan process on both the Debtor's Plan and the PremierWest Plan. Creditors should be given an opportunity to vote on both Plans and express a preference for one Plan, and the Court should consider confirmation of the competing Plans at the same time. <u>In re Henry Mayo Newhall Memorial Hospital</u>, 282 B.R. 444, 453 (9th Cir. BAP 2002) ("It is, for example, common for competing plans to be placed on the same schedule so that they may be considered in tandem"). See also Official Form 14 (approved form of ballot for chapter 11 plan provides a creditor an opportunity to indicate a preference between competing plans); 11 U.S.C. § 1129(c) (Court may only approve one plan).

The interests of creditors and judicial economy will be served by placing both Plans on the same timeline so that they may be considered in tandem.

WHEREFORE, PremierWest requests entry of an order placing the Debtor's Plan and Disclosure Statement on the one hand and the PremierWest Plan and Disclosure Statement on the other hand on parallel tracks so that such Disclosure Statements and Plans may be considered by the Court and creditors at the same time under Section 1129 of the Bankruptcy Code.

DATED: December 2, 2010          BALL JANIK LLP

By: /s/ David W. Criswell
    David W. Criswell, OSB No. 925930

    Attorneys for PremierWest Bank

Page 2 - **MOTION OF PREMIERWEST BANK FOR ORDER FIXING PARALLEL TIMELINES FOR COMPETING PLANS OF REORGANIZATION**
::ODMA\PCDOCS\PORTLAND\738827\1

**CERTIFICATE OF SERVICE**

I hereby certify that I served copies of the foregoing **MOTION OF PREMIERWEST BANK FOR ORDER FIXING PARALLEL TIMELINES FOR COMPETING PLANS OF REORGANIZATION** on the following parties **by CM/ECF**:

- DOUGLAS P CUSHING    doug.cushing@jordanschrader.com, deborah.soloway@jordanschrader.com;Litparalegal@jordanschrader.com
- JENNIFER L PALMQUIST    jpalmquist@nwlawfirm.com
- MATTHEW SUTTON    msutt@uci.net
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- CAROLYN G WADE    carolyn.g.wade@doj.state.or.us
- C CASEY WHITE    ckcwhite@msn.com

and on the following parties by **mailing** a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed below, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below:

| | |
|---|---|
| Susan Casto<br>888 Twin Creeks Crossing<br>Central Point, OR 97502 | Peggy P. Eccles Revocable Living Trust<br>c/o Melvin D. Ferguson<br>541 Walnut Ave<br>Klamath Falls, OR 97601 |
| Irene Kartsounis<br>c/o Matthew Sutton Attorney<br>205 Crater Lake Avenue<br>Medford, OR 97504 | Janice LaMoree<br>895 N 5th Street #B110<br>Jacksonville, OR 97530 |
| Henry C. Winsor<br>1601 Veranda Park Dr #2<br>Medford, OR 97504 | |

DATED:  December 2, 2010

                                         /s/ Stuart Wylen
                                         Stuart Wylen, Legal Secretary