Patrick W. Wade, OSB 843725
HERSHNER HUNTER, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Ralph Eccles and Jill Frodsham as trustees of the Peggy P. Eccles Revocable Living Trust

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PIONEER VILLAGE INVESTMENTS, LLC;<br><br>Debtor(s). | Case No. 10-62852-fra11<br><br>JOINDER IN DEBTOR'S OPPOSITION (Docket #130) TO MOTION BY PREMIERWEST BANK FOR ORDER FIXING PARALLEL TIMELINES |

Creditors Ralph Eccles and Jill Frodsham, as trustees of the Peggy P. Eccles Revocable Living Trust, join, for the reasons stated therein, in the Memorandum in Opposition (Docket #130) filed herein by Debtor to the Motion (Docket #108) For Order Fixing Parallel Timelines For Competing Plans of Reorganization filed by creditor PremierWest Bank.

DATED February 16, 2011.

HERSHNER HUNTER, LLP


By   */s/Patrick W. Wade*
Patrick W. Wade, OSB 843725
Of Attorneys for Creditors

Page 1 of 1 - JOINDER IN DEBTOR'S OPPOSITION TO MOTION

CERTIFICATE OF SERVICE

Pursuant to LBR 7005-1(g), I certify that I have made contemporaneous paper service of this document on the following parties:

| | |
|---|---|
| Susan Casto<br>888 Twin Creeks Crossing<br>Central Point, OR 97502 | Peggy P. Eccles Revocable Living Trust<br>c/o Melvin D. Ferguson<br>541 Walnut Ave.<br>Klamath Falls, OR 97601 |
| Irene Kartsounis<br>c/o Matthew Sutton<br>Attorney at Law<br>205 Crater Lake Ave.<br>Medford, OR 97504 | Henry C. Winsor<br>1601 Veranda Park Dr. #2<br>Medford, OR 97504 |

Dated: February 16, 2011.

HERSHNER HUNTER, LLP

By  */s/Patrick W. Wade*
    Patrick W. Wade, OSB No. 843725
    Of Attorneys for Creditors

FAIR DEBT COLLECTION
PRACTICES ACT NOTICE

This communication is from a debt collector.