**David W. Criswell,** OSB No. 92593
dcriswell@balljanik.com
**Mathew W. Lauritsen**, OSB No. 083949
mlauritsen@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon  97204-3219
Phone: 503-228-2525
Fax: 503-295-1058

    Attorneys for PremierWest Bank

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

In re

**Pioneer Village Investments, LLC**, an Oregon limited liability company,

    Debtor.

Case No. 10-62852-fra11

**DECLARATION OF DAVID W. CRISWELL IN SUPPORT OF MOTION FOR ORDER FIXING PARALLEL TIMELINES FOR COMPETING PLANS OF REORGANIZATION**

I, David W. Criswell, declare as follows:

1.     I am an attorney with Ball Janik LLP, attorneys of record for creditor PremierWest Bank (the "Bank") in this case.  I submit this Declaration in Support of the Motion for Order Fixing Parallel Timelines for Competing Plans of Reorganization (Doc. 108) (the "Motion") filed by the Bank.

2.     Attached hereto as Exhibit A is a true and correct copy of Amended Appointment of Committee of Unsecured Creditors filed February 16, 2011.

3.     Attached hereto as Exhibit B is an e-mail from Scott McCleery, the attorney for Henry C. Winsor, indicating that his client (a member of the Creditors' Committee) supports putting the Bank's plan and the Debtor's plan on parallel timelines.  Mr. McCleery filed a proof

Page 1 -  **DECLARATION OF DAVID W. CRISWELL**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\752341\1

of claim (Claim 3-1) for H.C. Winsor and Nina Winsor, Trustees of the Henry C. Winsor Family Trust dated 10/10/2006 in the amount of $140,456.25.

4. Attached hereto as Exhibit C is a letter dated December 14, 2010, to me from Irene Kartsounis (a member of the Creditors' Committee) which I received on December 17, 2010. Ms. Kartsounis, through attorney Matthew Sutton, filed a proof of claim (Claim 5-1) in the amount of $61,182. I did not solicit the letter from Ms. Kartsounis, nor have I spoken with her.

5. On February 17, 2011, following written authorization from attorney Joseph Kellerman, I spoke with Rod McCleod, the personal representative of the estate of Richard McCleod. Mr. McCleod filed a proof of claim (Claim No. 9-1) in the amount of $25,000. During our February 17, 2011 telephone conversation, Mr. McCleod advised me that he supported the Bank's motion to put its plan and the debtor's plan on parallel timelines.

**I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct and that this Declaration was executed on February 22, 2011, at Portland, Oregon.**

                                                         /s/ David W. Criswell
                                                         David W. Criswell

Page 2 - **DECLARATION OF DAVID W. CRISWELL**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\752341\1

1  RONALD C. BECKER, OSB #83151
   Attorney for the United States Trustee
2  Office of the United States Trustee
3  405 East Eighth Avenue, Room 1100
   Eugene, Oregon 97401
4  Telephone: (541) 465-6330

5

6

7

8
                    UNITED STATES BANKRUPTCY COURT
9
                     FOR THE DISTRICT OF OREGON
10

11 PIONEER VILLAGE INVESTMENTS, LLC  )    CASE NUMBER 10-62852-fra11
                                    )
12                                  )
                                    )    AMENDED
13                                  )    APPOINTMENT OF
                       Debtor.      )    COMMITTEE OF UNSECURED
14                                  )    CREDITORS

15

16     Based on 11 U.S.C. § 1102(a) and (b), the United States Trustee for Region 18,

17 through his attorney Ronald C. Becker, hereby appoints the following unsecured creditors of

18 the above-named debtor to the Committee of Unsecured Creditors:

19
   | **CREDITOR /REPRESENTATIVE** | **ADDRESS** | **TELEPHONE / FAX** |
20 |---|---|---|
   | Peggy P. Eccles Revocable Living Trust c/o Melvin D. Ferguson | 541 Walnut Ave Klamath Falls, OR 97601 | 541-850-2828 Fax: None |
21 | Henry C. Winsor | 1601 Veranda Park Dr. #2 Medford, OR 97504 | 541-494-5143 Fax: None |
   | Susan Casto | 888 Twin Creeks Crossing Central Point, OR 97502 | Tele: None Fax: None |
22 | Irene Kartsounis c/o Matthew Sutton Attorney at Law | 205 Crater Lake Ave Medford, OR  97504 | 541-772-8050 Fax: 541-772-8077 |

28

**EXHIBIT A**
**Page 1 of 4**

| | **CREDITOR /REPRESENTATIVE** | **ADDRESS** | **TELEPHONE / FAX** |
|---|---|---|---|
| | Janice LaMorree<br>janicelamorree@gmail.com | 805 N 5th St., Apt. 110<br>Jacksonville, OR 97530 | Tele: None<br>Fax: None |

Dated: February 16, 2011            Respectfully submitted,

ROBERT D. MILLER, Jr.
United States Trustee

*/s/ Ronald C. Becker, OSB #83151*
RONALD C. BECKER, OSB #83151
Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

I, Ronald C. Becker, hereby certify as follows:

1. On February 16, 2011, the attached document was served on the persons shown below by depositing a true copy thereof, in a sealed envelope with First-Class postage prepaid and addressed as shown below, in the U.S. Mail, at Eugene, Oregon.

| | |
|---|---|
| Ann Geich<br>888 Twin Creeks Crossing #301<br>Central Point, OR   97502 | Catherine Murphy<br>895 N Fifth St., Apt. 217<br>Jacksonville, OR 97530-8026 |
| Charles Grojean<br>805 N 5th St., apt. 306<br>Jacksonville, OR   97530 | Dorothy Quirk<br>895 N 5th, apt. 204<br>Jacksonville, OR 97530 |
| Excelsior Investment Company<br>107 W First St.<br>Phoenix, OR   97535 | Henry C Winsor & Nina Winsor<br>1601 Veranda Park Drive # 2<br>Medford, OR   97504 |
| Hiram Cheney<br>805 N 5th St., apt. 104<br>Jacksonville, OR   97530 | Irene Kartsounis<br>P. O. Box 504<br>Medford, OR   97501 |
| Irene Kartsounis<br>c/o Matthew Sutton<br>Attorney at Law<br>205 Crater Lake Avenue<br>Medford, OR 97504 | Janice LaMorree<br>805 N 5th St., Apt. 110<br>Jacksonville |
| Jerry Pearce<br>895 N Fifth St., Apt. 219<br>Jacksonville, OR 97530-8012 | LeClaire Prince<br>895 N 5th, Apt. 111<br>Jacksonville, OR   97530 |
| Peggy Eccles<br>c/o Miranda Willis<br>P. O. Box 3168<br>Portland, OR   97208 | Peter Van Dyke<br>888 Twin Peaks Crossing # 301<br>Central Point, OR   97502 |
| Rod & Shirley Law<br>c/o Shelby Tompkins<br>P. O. Box 489<br>Jacksonville, OR   97530 | Rose Davis<br>805 N 5th St., Apt. 202<br>Jacksonville, OR   97530 |
| Shusster Purchasing Solutions, LLC<br>P. O. Box 131784<br>Saint Paul, MN   55113 | Susan Casto<br>888 Twin Creeks Crossing<br>Central Point, OR   97502 |
| Melvin Ferguson<br>541 Walnut Ave<br>Klamath Falls, OR   97601 | |

2.  Based on the Bankruptcy Court's Electronic Case Filing records, the following person(s) should be served electronically when the attached document is filed with the Court:

DAVID W CRISWELL dcriswell@balljanik.com, swylen@balljanik.com

DOUGLAS P CUSHING doug.cushing@jordanschrader.com, deborah.soloway@jordanschrader.com;Litparalegal@jordanschrader.com

MATHEW W LAURITSEN mlauritsen@balljanik.com, akimmel@balljanik.com

R. CRAIG McMILLIN rcm@integraonline.com, cmfiling@hotmail.com

JENNIFER L PALMQUIST jpalmquist@nwlawfirm.com

BRAD T SUMMERS tsummers@balljanik.com, akimmel@balljanik.com

MATTHEW SUTTON msutt@uci.net

US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov

CAROLYN G WADE carolyn.g.wade@doj.state.or.us

C CASEY WHITE ckcwhite@msn.com


                  */s/ Ronald C. Becker*
                  RONALD C. BECKER, OSB # 83151
                  Attorney for the United States Trustee

## Criswell, David

**From:** Scott McCleery [scottm@gartlandnelsonlaw.com]
**Sent:** Tuesday, February 01, 2011 4:41 PM
**To:** Criswell, David
**Subject:** RE: Pioneer Village -H.C. Winsor & Nina Winsor Trustees

David

Yes you are authorized to indicate my client approved the parallel timelines.

Scott

**From:** Criswell, David [mailto:dcriswell@balljanik.com]
**Sent:** Monday, January 31, 2011 3:31 PM
**To:** Scott McCleery
**Subject:** Pioneer Village -H.C. Winsor & Nina Winsor Trustees

<<Pioneer Village - 124 - Memo in Support of Parallel Plan Motion.pdf>>
Scott:

I am the attorney for PremierWest Bank in the Pioneer Village Chapter 11 case. The Bank has filed a competing plan and a motion to put its plan on a parallel track with the Debtor's plan. I have attached a memo filed in support of the Bank's motion.

My understanding from the creditor register is that you represent the Winsor Trust.

Under the Bankruptcy Code and Rules, the Bank cannot solicit acceptances on its plan unless and until the Court approves a disclosure statement related to the Bank's plan.

However, the Bank is permitted to seek the views of creditors on its motion to fix parallel timelines for the Bank's plan and the Debtor's plan.

Would your client be willing to authorize you to file something supporting the Bank's motion to fix parallel timelines (either in writing or by a telephonic appearance at the February 22d hearing 2:30 p.m. on the Bank's motion) ? Let me know . Thanks.

David


David W. Criswell
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, OR 97204
dcriswell@balljanik.com
(503) 944-6030
(503) 226-3910 (fax)

2/20/2011

**EXHIBIT B**
**Page 1 of 1**

RECEIVED
DEC 17 2010
BALL JANIK LLP

P.O. Box 504
Medford, OR. 97501
December 14, 2010

Ball Janik LLP
101 S.W. Main St., Suite 1100
Portland, OR. 97204

Dear Sir;

I am a Holder of a Claim against the Estate of Pioneer Village Investments, LLC.

My name is Irene Karlsounis and I hold an interest of $61,182.

The case is in the U.S. Bankruptcy Court for the District of Oregon. Case No. 10-62852-fra11.

I wish to vote in the affirmative for the Creditor's Plan of Reorganization.

Thank you for sending the necessary forms via my past Lawyer Mathew Sutton.

The process of Bankruptcy is being extended far into the future and

**EXHIBIT C**
**Page 1 of 2**

I can only wait.

Hopefully, it is to you that I must send my approval of the Plan. If not, please extend my approval to the correct party.

Thank you.

Respectfully yours,

Dene Kartsounis

EXHIBIT C
Page 2 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that I served copies of the foregoing **DECLARATION OF DAVID W. CRISWELL IN SUPPORT OF MOTION FOR ORDER FIXING PARALLEL TIMELINES FOR COMPETING PLANS OF REORGANIZATION** on the following parties by CM/ECF:

- DOUGLAS P CUSHING    doug.cushing@jordanschrader.com, deborah.soloway@jordanschrader.com;Litparalegal@jordanschrader.com
- R CRAIG McMILLIN    rcm@integraonline.com, cmfiling@hotmail.com
- JENNIFER L PALMQUIST    jpalmquist@nwlawfirm.com
- MATTHEW SUTTON    msutt@uci.net
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- CAROLYN G WADE    carolyn.g.wade@doj.state.or.us
- PATRICK W WADE    hhecfb@hershnerhunter.com
- C CASEY WHITE    ckcwhite@msn.com

and on the following parties by **mailing** a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed below, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below:

| | |
|---|---|
| Susan Casto<br>888 Twin Creeks Crossing<br>Central Point, OR 97502 | Peggy P. Eccles Revocable Living Trust<br>c/o Melvin D. Ferguson<br>541 Walnut Ave<br>Klamath Falls, OR 97601 |
| Irene Kartsounis<br>c/o Matthew Sutton Attorney<br>205 Crater Lake Avenue<br>Medford, OR 97504 | Henry C. Winsor<br>1601 Veranda Park Dr #2<br>Medford, OR 97504 |

DATED:  February 22, 2011

/s/ Stuart Wylen
Stuart Wylen, Legal Secretary

Page 1 – **CERTIFICATE OF SERVICE**

\\tank\Users\Home\wylen.s\Desktop\delete.DOC

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525