**David W. Criswell**, OSB No. 925930
dcriswell@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon  97204-3219
Phone: 503-228-2525
Fax: 503-295-1058

    Attorneys for PremierWest Bank

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Pioneer Village Investments, LLC**, an Oregon limited liability company,<br><br>Debtor. | Case No. 10-62852-fra11<br><br>**DECLARATION OF JAMES ERSKINE IN SUPPORT OF OF MOTION FOR ORDER FIXING PARALLEL TIMELINES FOR COMPETING PLANS OF REORGANIZATION** |

I, James Erskine, declare and state as follows:

    1.    I am the Vice President-Senior Commercial Lender and Administrator of Complex Commercial Loans under Credit Administration for PremierWest Bank ("Bank"), which is a secured creditor in this Chapter 11 case.  I have personal knowledge of the facts set forth below, and if called and sworn as a witness, I could and would testify competently thereto.

    2.    I am expecting to receive a letter of intent from Falk Family Investments, LLC ("Falk") the week of February 21, 2011, which contain an offer for the purchase by Falk of the Pioneer Village facility in Jacksonville, Oregon (the "Facility") under a plan of reorganization sponsored by the Bank.  That purchase transaction will provide for a $12,000,000 purchase price combined with a $250,000 carve-out for the benefit of resident deposit creditors on closing plus

Page 1 -  **DECLARATION OF JAMES ERSKINE**

an additional $250,000 payment to such creditors on the fifth anniversary of closing.  The purchase offer will be subject to financing and due diligence contingencies.

3. I have also received inquiries from MBK Senior Living, Avamere, and Emeritus Senior Living (all companies with a significant presence in the assisted living/senior housing industry) regarding a possible purchase of the Facility.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED : February 22, 2011

/s/ James Erskine
James Erskine

Page 2 -  **DECLARATION OF JAMES ERSKINE**

::ODMA\PCDOCS\PORTLAND\752424\2

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that I served copies of the foregoing **DECLARATION OF JAMES** |
| 3 | **ERSKINE IN SUPPORT OF MOTION FOR ORDER FIXING PARALLEL** |
| 4 | **TIMELINES FOR COMPETING PLANS OF REORGANIZATION** on the following |
| 5 | parties by CM/ECF: |

- DOUGLAS P CUSHING    doug.cushing@jordanschrader.com, deborah.soloway@jordanschrader.com;Litparalegal@jordanschrader.com
- R CRAIG McMILLIN    rcm@integraonline.com, cmfiling@hotmail.com
- JENNIFER L PALMQUIST    jpalmquist@nwlawfirm.com
- MATTHEW SUTTON    msutt@uci.net
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- CAROLYN G WADE    carolyn.g.wade@doj.state.or.us
- PATRICK W WADE    hhecfb@hershnerhunter.com
- C CASEY WHITE    ckcwhite@msn.com

and on the following parties by **mailing** a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed below, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below:

| | |
|---|---|
| Susan Casto<br>888 Twin Creeks Crossing<br>Central Point, OR 97502 | Peggy P. Eccles Revocable Living Trust<br>c/o Melvin D. Ferguson<br>541 Walnut Ave<br>Klamath Falls, OR 97601 |
| Irene Kartsounis<br>c/o Matthew Sutton Attorney<br>205 Crater Lake Avenue<br>Medford, OR 97504 | Henry C. Winsor<br>1601 Veranda Park Dr #2<br>Medford, OR 97504 |

DATED:  February 22, 2011

_/s/ Stuart Wylen_
Stuart Wylen, Legal Secretary

Page 1 – **CERTIFICATE OF SERVICE**

\\tank\Users\Home\wylen.s\Desktop\delete.DOC

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525