UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No._____
)
) NOTICE RE ORDER
) CONFIRMING CHAPTER 11
) PLAN, ANY APPROPRIATE
Debtor(s) ) INJUNCTION, AND DISCHARGE

NOTICE IS SERVED by the undersigned (e.g., debtor's attorney) _____, whose name and service address are: _____
_____, of the following:

A. This court entered an order on _____ confirming the plan or amended plan dated _____, filed by (e.g., debtor) _____, and, if filed by debtor, the debtor's address and Taxpayer ID#(s) (last 4 digits) are:_____.

B. Except as otherwise provided in the plan or order confirming the plan:
  1. If the debtor(s) is/are NOT an individual that filed this case on or after 10/17/05, then the debtor(s) is/are discharged from: (a) any debt that arose prior to the date of entry of the order confirming such plan and from any kind of debt specified in 11 USC §502(g), (h) or (i), whether or not a proof of claim was filed or deemed filed, whether or not such claim was allowed, whether or not the holder of such claim accepted the plan and whether or not the right to payment was reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, secured or unsecured, EXCEPT (i) for debts that are not discharged under 11 USC §§1141(d)(2) or §1141(d)(6)(A) or (B) or (ii) if the plan liquidates substantially all estate property, the debtor does not engage in business after consummation and a discharge would be denied under §727(a) if the case were one under 11 USC Chapter 7; AND (b) any judgment is void to the extent it is a determination of the debtor's liability with respect to any discharged debt.
  2. If the debtor(s) IS/ARE an individual who filed this case on or after 10/17/05, then the debtor(s) shall not be discharged from any debt provided for in the plan until debtor(s) complete all payments under the plan unless the court orders otherwise for cause under 11 USC §1141(d)(5)(A). The court may additionally grant a discharge to a debtor who has not completed plan payments if the court finds the debtor(s) meet the criteria of 11 USC §§1141(d)(5)(B) or (C).
  3. The property revested in debtor(s) under the plan is free and clear of all claims and interest of creditors and equity security holders.
  4. Commencement or continuation of any action, or of employment of process or any act to collect, recover or offset any such debt as the debtor's personal liability, or from the debtor's property, is enjoined.

C. If applicable, the Order of Confirmation, in accordance with Federal Rule of Bankruptcy Procedure (FRBP) 3020, describes all acts enjoined by the plan that are not otherwise enjoined under the Bankruptcy Code.

D. Unless a written request for a hearing, setting forth the specific reasons therefor, is filed with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with a "3" or "4", mail to 1001 SW 5th Ave, #700, Portland, OR 97204; OR if it begins with a "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), within 21 days of this Notice's service date in pt. E, the Court will consider the following applications for compensation or administrative expenses, if any, without further notice:

| APPLICANT | TOTAL AMOUNT OF FINAL REQUEST | TOTAL AMOUNT PAID TO DATE INCLUDING RETAINERS | BALANCE DUE | ESTIMATE OF CASE RELATED POST-CONFIRMATION COMPENSATION (INDICATE IF INCLUDED IN TOTAL AMOUNT OF FINAL REQUEST) |
|---|---|---|---|---|

E. On _____ copies of the above notice were served on the debtor(s), any trustee, the U.S. Trustee, and their respective attorneys; all interested parties; and any identified entity subject to an injunction provided for in the plan against conduct not otherwise enjoined under the Bankruptcy Code.

_____
1190 (12/1/09)                          SIGNATURE & Relation to Case